UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZANOLIA DEHART | CIVIL ACTION |
| VERSUS | NO. 24-242 |
| BIG EASY FOODS OF LA, LLC, ET AL. | SECTION: "P" (1) |

## ORDER

Considering the foregoing Stipulation of Dismissal with Prejudice (R. Doc. 23),

**IT IS ORDERED** that all of the claims by Plaintiff, Zanobia DeHart (also known as Zanolia Dehart), against Defendants, Big Easy Foods of Louisiana, L.L.C. (also known as Big Easy Foods of LA, LLC) and Gulf Island Shrimp and Seafood II, L.L.C. (also known as Gulf Island Shrimp and Seafood II, LLC), are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 26th day of March 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**